**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

———————

No. 97-3756

———————

| | |
|---|---|
| Seebetha Richmond, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Western District of Arkansas. |
| Kenneth S. Apfel, Commissioner | * |
| of Social Security, | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

———————

Submitted: March 16, 1998
Filed: March 17, 1998

———————

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

———————

PER CURIAM.

Seebetha Richmond appeals the District Court's[1] order granting summary judgment to the Commissioner and affirming the Commissioner's decision to deny Richmond supplemental security income benefits. Having carefully reviewed the

---

[1] The Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

record and the parties' submissions, we affirm the judgment of the District Court for the reasons set forth in its memorandum.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.